The redacted version of the following U.S. District Court violation notice is not available:

| Location Code | Violation Number | Officer | Date of Offense |
|---|---|---|---|
| UP24 | 9777050 | KNIGHT 1642 | 11/17/2022 |

**THE CHARGE ON THE VIOLATION NOTICE**

| Offense Charged | Offense Description |
|---|---|
| 36 2.35 (c) | UNDER THE INFL OF ALCOHOL THAT MAY ENDANGER SELF/OTHERS |

| Defendant Name |
|---|
| GROSS, MICHAEL SCOTT |

| Initial Court Appearance |
|---|
| MANDATORY - You must appear in court |

| Court Address | Date/Time |
|---|---|
| DUE TO COVID-19, COURT WILL BE<br>CONDUCTED VIRTUALLY VIA ZOOM<br>MEETING ID: 161 585 9187<br>PASSCODE: 097159, | 11/21/2022<br>10:00 AM |