The redacted version of the following U.S. District Court violation notice is not available:

| Location Code | Violation Number | Officer | Date of Offense |
|---|---|---|---|
| UP24 | 9777049 | KNIGHT 1642 | 11/17/2022 |
| **THE CHARGE ON THE VIOLATION NOTICE** | | | |
| Offense Charged | Offense Description | | |
| 36 2.32 (a)(3) (1) | GIVING FALSE INFORMATION. | | |
| Defendant Name | | | |
| GROSS, MICHAEL SCOTT | | | |
| Initial Court Appearance | | | |
| MANDATORY - You must appear in court | | | |
| Court Address | | | Date/Time |
| DUE TO COVID-19, COURT WILL BE CONDUCTED VIRTUALLY VIA ZOOM MEETING ID: 161 585 9187 PASSCODE: 097159, | | | 11/21/2022 10:00 AM |